UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL DOUGLAS RANDALL,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>Defendant. | No.  2:25-cv-0915 SCR P<br><br>ORDER TO SHOW CAUSE |

Plaintiff, a state prisoner at California Substance Abuse Treatment Facility, filed a letter regarding assaults and dangerous living conditions.  (ECF No. 1.)  On April 2, 2025, the undersigned issued an order explaining that to initiate an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure and either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]  The court granted plaintiff thirty (30) days to file the required documents.  (ECF No. 3.)  More than 30 days have passed, and plaintiff has not responded.

Good cause appearing, IT IS HEREBY ORDERED that **Plaintiff shall show cause, in writing, within 21 days**, why the failure to file a complaint and either pay the required filing fee or file an application requesting leave to proceed in forma pauperis should not result in a

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

recommendation that this case be dismissed.  If Plaintiff fails to respond, the court will recommend dismissal of this case for failure to pay the filing fee and failure to comply with the court's order.

    SO ORDERED.

DATED: May 19, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE