UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL DOUGLAS RANDALL,<br><br>  Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>  Defendant. | No. 2:25-cv-0915 SCR P<br><br>FINDINGS & RECOMMENDATIONS |

Plaintiff, a state prisoner at California Substance Abuse Treatment Facility, filed a letter regarding assaults and dangerous living conditions. (ECF No. 1.) On April 2, 2025, the undersigned granted plaintiff 30 days to file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure and either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. (ECF No. 3.) Plaintiff did not respond. On May 20, 2025, the undersigned issued an order to show cause within 21 days why the action should not be dismissed for failure to pay the filing fee and comply with the court's order. (ECF No. 4.)

More than 21 days have passed, and plaintiff has not responded to the order to show cause. Accordingly, the undersigned recommends that the action be dismissed for failure to pay the filing fee and failure to comply with the court's order. See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995) (affirming dismissal for failure to pay partial filing fee under IFP statute); Local Rule 110 (failure to comply with court orders).

1

In recommending this action be dismissed, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). The court finds dismissal appropriate here where plaintiff has received multiple opportunities to file the required case initiating documents and has been warned that his failure to do so will result in dismissal.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice for failure to pay the filing fee and failure to comply with the court's order.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 24, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE