UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL DOUGLAS RANDALL,<br><br>                    Plaintiff,<br><br>       v.<br><br>UNKNOWN,<br><br>                    Defendant. | No.  2:25-cv-0915 WBS SCR P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 25, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 5.  Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations (ECF No. 5) are adopted in full; and

/////

1

2. This action is dismissed without prejudice for failure to pay the required filing fee or file an application requesting leave to proceed in forma pauperis as ordered by the court.

Dated: August 4, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Rand0915.800